# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § | CASE NUMBER 4:17-CR-00049 |
| v. | | |
| HECTOR RAUL SAN MIGUEL-BERNAL | | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order. Defendant having waived allocution before this court as well as his right to object to the report of the Magistrate Judge, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is, therefore, **ORDERED** that the Report and Recommendation of the United States Magistrate Judge is **ADOPTED** as the opinion of the court.

It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**.

It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons for a term of imprisonment of eight (8) months, with no term of supervised release to follow.

The court recommends that Defendant be housed in a Bureau of Prisons facility in the North Texas area, if appropriate.

**IT IS SO ORDERED**.

**SIGNED this 31st day of January, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE